IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ADAM BEHRENDT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITEDLEX CORPORATION, )<br>)<br>    Defendant. ) | Case No. 23-cv-00434-SRB |

\_\_\_ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that
  Defendant UnitedLex Corporation's ("UnitedLex") Rule 12(b)(2) Motion to Dismiss Complaint for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue. (Doc. #12) is **GRANTED,** and it is **FURTHER ORDERED** that the Clerk of the Court is directed to transfer this case to the District of Kansas pursuant to 28 U.S.C. § 1631.

| | |
|---|---|
| August 10, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Shauna Murphy-Carr |
| | (by) Deputy Clerk |